No. 09–1390.  HARTZ *v.* FARRUGIA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 09–1391.  GIANETTI *v.* SIGLINGER ET AL.  App. Ct. Conn.  Certiorari denied.

No. 09–1392.  HAYCOCK *v.* EPSTEIN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 09–1398.  TRESCOTT *v.* FEDERAL HIGHWAY ADMINISTRATION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 09–1399.  SIMS *v.* SCHLOTT ET AL.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 09–1401.  SOLWAY *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 09–1402.  GAUDIN *v.* REMIS.  C. A. 9th Cir.  Certiorari denied.

No. 09–1405.  ZUCKER ET AL. *v.* KENNEDY.  C. A. 6th Cir.  Certiorari denied.

No. 09–1406.  MANLEY *v.* PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 09–1407.  JONES *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 09–1409.  WARREN ET AL. *v.* FEDERAL INSURANCE CO.  C. A. 6th Cir.  Certiorari denied.

No. 09–1411.  STOLTZFUS ET UX. *v.* PSR KIRKWOOD LLC ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 09–1413.  DAVIS *v.* BROUSE MCDOWELL, L. P. A., ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 09–1414.  NEAL *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 09–1417.  UNITED RENTALS, INC. *v.* ANGELL.  C. A. 4th Cir.  Certiorari denied.